PROB 12E
(2/2006)

ORIGINAL

# United States District Court

for

Northern District of Texas

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF** ...
**FILED**
**MAY 16 2006**
**CLERK, U.S. DISTRICT COURT**
By _____
Deputy

## Report on Offender Under Supervision - Court Decision Requested

Name of Offender: <u>Henry Edward Eugene Bonham</u>     Case Number: <u>4:96-CR-088-Y(01)</u>

Name of Sentencing Judicial Officer: <u>U.S. District Judge Terry R. Means</u>

Date of Original Sentence: <u>July 18, 1997</u>

Original Offense: <u>Mail Fraud and Aiding and Abetting (22 counts) 18 USC §§1341 & 2; False Claims to a Federal Agency and Aiding and Abetting, 18 USC §§ 287 & 2, Conspiracy to Commit Mail Fraud and False Claims to a Federal Government Agency, 18 USC §§ 371, 1341, & 287</u>

Original Sentence: <u>87 months custody, 3-year term of supervised release</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>July 18, 2003</u>

Assistant U.S. Attorney: <u>Ronald Eddins</u>     Defense Attorney: <u>Jerry Laughlin (Retained)</u>

---

### NOTIFICATION TO THE COURT FOR CAUSE AS FOLLOWS:

**I.**

The following information/request is being presented for the Court's review and decision:

Mr. Bonham commenced his term of supervised release on July 18, 2003. As a special condition of supervised release, he was ordered to pay restitution in the amount of $3,911,000 at the rate of $500 per month. Mr. Bonham has been making a diligent effort to pay his financial obligation. He has maintained stable residence and employment. As of this date, Mr. Bonham's restitution balance is $3,894,650. He does not have the financial means to pay off the remaining balance prior to expiration of his term of supervised release on July 17, 2006. The term of supervised release is not extendable. Mr. Bonham has agreed to continue making monthly restitution payments after his term of supervised release expires. Further, collection will be deferred to the Financial Litigation Unit of the U.S. Attorneys Office should the Court allow supervision to expire as scheduled.

PROB 12E
Henry Edward Eugene Bonham                                                                                      Page 2
Report on Offender Under Supervision - Court Decision Requested

## II.

The probation officer recommends the following action for the Court to consider:

It is respectfully recommended that no action be taken, allowing the term of supervised release to expire as scheduled.

Respectfully submitted,                                              Approved,

*Sharon B Geider*                                                    *Richard McFarlin*
Sharon B. Geider                                                     Richard A. McFarlin
Senior U.S. Probation Officer                                        Supervising U.S. Probation Officer
817-649-2577, Ext. 244                                               817-649-2577, Ext. 234

I declare under penalty of perjury that the foregoing is true and correct.

*Sharon B Geider*                                                    Signed on ___May 11, 2006___
Sharon B. Geider                                                                    Date
Senior U.S. Probation Officer

---

THE COURT:

[✓]   Agrees with the recommendation of the probation officer.
[ ]   Directs the probation officer to submit a request for modifying the conditions or term of supervision.
[ ]   Directs the probation officer to submit a request for a warrant or summons.
[ ]   Other.

Signed on ___5-15-06___
              Date

                                                                     *TR Means*
                                                                     Terry R. Means
                                                                     U.S. District Judge

SBG:pca